**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00744-KLM

JOSE CAMPOS, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

JBS USA FOOD COMPANY HOLDINGS,

    Defendant.

_____

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**
_____

    Pursuant to Fed. R. Civ. P. 7.1, Defendant JBS USA Food Company Holdings submits this Corporate Disclosure Statement:

    1.    JBS USA Food Company Holdings is incorrectly named as the defendant in this action. Plaintiff Jose Campos' former employer and the correctly named defendant is Swift Beef Company.

    2.    Swift Beef Company is a wholly owned subsidiary of JBS USA Food Company, which is a wholly owned subsidiary of JBS USA Food Company Holdings. Swift Beef Company, JBS USA Food Company, and JBS USA Food Company Holdings are not publicly traded companies.

    3.    The ultimate parent company of JBS USA Food Company Holdings is JBS S.A., a Brazilian publicly-held corporation, which indirectly owns 10% or more of JBS USA Food Company Holdings' stock.

Dated: July 6, 2022

*s/ Joseph Hunt*
Joseph Hunt
Jonathon Watson
James Korte
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
(303) 839-3775
(303) 839-3734
(303) 839-3765
jhunt@spencerfane.com
jmwatson@spencerfane.com
jkorte@spencerfane.com

*Attorneys for Defendant JBS USA Food Company Holdings*

DN 6853435.1

## CERTIFICATE OF SERVICE

I certify that on July 6, 2022 I electronically filed the foregoing **Defendant's Corporate Disclosure Statement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Olivia Hintz*_____
Paralegal Assistant

DN 6853435.1